IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:20-CV-00096-M

| | |
|---|---|
| DAVID GARY ELLIOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

This matter is before the court on Plaintiff's motion for attorney's fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). DE 33. The motion is GRANTED as follows.

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $6,600.00 in attorney's fees, in full satisfaction of any and all claims arising under the EAJA. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Michael Gillespie of The Law Offices of James B. Gillespie, Jr. PLLC, and mailed to his office at 415 Chestnut Street, Wilmington, NC 28401, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 5th day of November, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE